155 A.3d 984

IN THE MATTER OF AILEEN MERRILL SCHLISSEL,
AN ATTORNEY AT LAW

Filed March 8, 2017

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **AILEEN MERRILL**

162

**SCHLISSEL** of **IRVINE, CALIFORNIA,** who was admitted to the bar of this State in 1997, and good cause appearing;

It is ORDERED that **AILEEN MERRILL SCHLISSEL** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **AILEEN MERRILL SCHLISSEL** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **AILEEN MERRILL SCHLISSEL** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **AILEEN MERRILL SCHLISSEL** shall be removed as a signatory on any additional attorney accounts maintained pursuant to *Rule* 1:20–6; and it is further

ORDERED that **AILEEN MERRILL SCHLISSEL** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.